IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN RINES, On Behalf of Himself and All Others Similarly Situated, | § § § | Civil Action No. 3:07-cv-01468-K **(Consolidated)** |
| Plaintiff, | § § | <u>CLASS ACTION</u> |
| vs. | § § § | |
| HEELYS, INC., et al., | § § | |
| Defendants. | § § § | |

**FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE**

This matter came before the Court for hearing pursuant to the order of this Court, dated July 31, 2009, on the application of the Settling Parties for approval of the settlement set forth in the Stipulation of Settlement (the "Stipulation") dated July 20, 2009 (the "Settlement"). Due and adequate notice having been given to the Class as required in said order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.    The Court, for purposes of this Final Judgment and Order of Dismissal with Prejudice (the "Judgment"), adopts the following defined terms:

(a)    "Authorized Claimant" means any Class Member whose claim for recovery has been allowed pursuant to the terms of the Stipulation.

(b)    "Claims Administrator" means the firm of Gilardi & Co. LLC.

(c)    "Class" and "Class Members" mean all persons and entities who purchased shares of Heelys common stock pursuant to, or traceable to, the Company's registration statement and prospectus filed in connection with its December 2006 IPO. Excluded from the Class are: Defendants; members of the families of each of the Individual Defendants; any parent, subsidiary, affiliate, partner, officer, executive or director of any Defendant; any entity in which any such excluded Person has a controlling interest; and the legal representatives, heirs, successors, and assigns of any such excluded party. Also excluded from the Class are any putative Class Members who timely and validly exclude themselves from the Class in accordance with the requirements set forth in the Notice.

(d)    "Defendants" means the Heelys Defendants and the Underwriter Defendants.

(e)     "Effective Date" means the date upon which the Settlement contemplated by the Stipulation shall become effective, as set forth in ¶11.1 of the Stipulation.

(f)     "Escrow Agents" means Coughlin Stoia Geller Rudman & Robbins LLP or its successor(s) and Barroway Topaz Kessler Meltzer & Check, LLP or its successor(s).  The Escrow Agents shall maintain the Settlement Fund in a segregated escrow account not available to the creditors of the Escrow Agents and shall not disburse any amount from the escrow account except as authorized by the Stipulation.

(g)     "Heelys Defendants" means Heelys, Michael G. Staffaroni, Patrick F. Hamner, Michael W. Hessong, Roger R. Adams, Richard E. Middlekauff, Samuel B. Ligon, William R. Thomas, James T. Kindley, Capital Southwest Corp., and Capital Southwest Venture Corp.

(h)     "Individual Defendants" means Michael G. Staffaroni, Patrick F. Hamner, Michael W. Hessong, Roger R. Adams, Richard E. Middlekauff, Samuel B. Ligon, William R. Thomas, and James T. Kindley.

(i)     "Lead Plaintiffs" means Alaska Electrical Pension Fund, Jeff Aivazian, Wayne Williamson, and David Gamel.

(j)     "Notice" means the Notice of Pendency of Class Action and Proposed Settlement, Motion for Attorneys' Fees and Settlement Fairness Hearing, which was sent to Class Members.

(k)     "Order and Final Judgment" means this proposed order to be entered by the Court approving the Settlement.

(l)     "Order for Notice and Hearing" means the proposed order entered by the Court preliminarily approving the Settlement and directing notice thereof to the Class.

(m)  "Person" means an individual, corporation, partnership, limited partnership, limited liability partnership (LLP), limited liability company (LLC), association, joint stock company, joint venture, estate, legal representative, trust, unincorporated association, government or any political subdivision or agency thereof, and any business or legal entity and their spouses, heirs, predecessors, successors, representatives, and assignees.

(n)  "Plaintiffs' Counsel" means any counsel who have appeared on behalf of any plaintiff in the Litigation (and any successor(s) thereof).

(o)  "Plaintiffs' Co-Lead Counsel" or "Co-Lead Counsel" mean Coughlin Stoia Geller Rudman & Robbins LLP (and any successor(s) thereof) and Barroway Topaz Kessler Meltzer & Check, LLP (and any successor(s) thereof).

(p)  "Proof of Claim" means the proposed Proof of Claim and Release form to be submitted by Class Members.

(q)  "Released Claims" means any and all claims, debts, demands, rights or causes of action or liabilities of any nature or description whatsoever (including, but not limited to, claims for damages, interest, attorneys' fees, expert or consulting fees, and any other costs, expenses, or liability whatsoever), whether based on federal, state, local, statutory or common law, the Securities Act of 1933, the Securities Exchange Act of 1934, the Texas Securities Act, Section 27.01 of the Texas Business and Commerce Code, or any other law, rule or regulation, whether fixed or contingent, accrued or unaccrued, liquidated or unliquidated, at law or in equity, matured or unmatured, whether class or individual in nature, including both known claims and Unknown Claims (as defined below), that have been or could have been asserted in any forum by Lead Plaintiffs or the Class Members or any of them or the heirs, successors and assigns of any of them, against any of the Released Parties, which arise out of, are based on, or relate in any way, directly or indirectly, to any of the allegations, acts, transactions, facts, events,

- 3 -

matters or occurrences, representations or omissions involved, asserted, set forth, referred to or that could have been asserted in the Litigation and arise out of, are based on, or relate in any way to the purchase of Heelys common stock by any Class Member pursuant to, or traceable to, the Company's IPO.  "Released Claims" does not mean or include the derivative claims asserted on behalf of the Company in *In re Heelys Derivative Litigation*, in the United States District Court for the Northern District of Texas, Dallas Division, No. 3:07-CV-1682-K.  "Released Claims" also does not mean or include claims, if any, against the Released Parties arising under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001, *et seq.* ("ERISA"), which are not common to all Class Members.

(r)    "Released Defendants' Claims" means any and all claims, rights or causes of action or liabilities whatsoever, whether based on federal, state, local, statutory or common law or any other law, rule or regulation, including both known claims and Unknown Claims (as defined below), that have been or could have been asserted in the Litigation or any forum by the Defendants, or the heirs, successors and assigns of any of them against the Lead Plaintiffs, any of the Class Members or their attorneys, which arise out of or relate in any way to the institution, prosecution, or settlement of the Litigation, excluding any claims for breaches of the Stipulation.

(s)    "Released Parties" means each and all of the Defendants, their respective past or present advisors, affiliates, agents, assigns, attorneys, banks or investment banks, co-insurers, consultants, directors, divisions, present and former employees, heirs, insurers, investment advisors, members, officers, parents, predecessors, principals, reinsurers, representatives, stockholders, spouses, subsidiaries, successors, related or affiliated entities, any entity in which any Defendant has a controlling interest, any member of an Individual Defendant's immediate family, or any trust of which any Defendant is the settlor or which is for the benefit of any Individual Defendant and/or member(s) of his family.

(t)    "Settlement" means the settlement embodied by the Stipulation.

(u)    "Settling Parties" means, collectively, each of the Defendants and the Lead Plaintiffs on behalf of themselves and each of the Class Members.

(v)    "Summary Notice" means the Summary Notice for publication.

(w)    "Underwriter Defendants" means Bear, Stearns & Co., Inc., Wachovia Capital Markets, LLC, J.P. Morgan Securities Inc., and CIBC World Markets Corp.

(x)    "Unknown Claims" means any and all Released Claims which the Lead Plaintiffs or any Class Members do not know or suspect to exist in his, her or its favor at the time of the release of the Released Parties, and any Released Defendants' Claims which any Defendant does not know or suspect to exist in his, her or its favor, which if known by him, her or it might have affected his, her or its decision(s) with respect to the Settlement.  With respect to any and all Released Claims and Released Defendants' Claims, the Settling Parties stipulate and agree that, upon the Effective Date, the Lead Plaintiffs and Defendants shall expressly waive, and each Class Member shall be deemed to have waived, and by operation of the Order and Final Judgment shall have expressly waived, any and all provisions, rights and benefits conferred by any law of any state or territory of the United States, or principle of common law, which is similar, comparable, or equivalent to California Civil Code §1542, which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

Lead Plaintiffs and Class Members may hereafter discover facts in addition to or different from those which he, she or it now knows or believes to be true with respect to the subject matter of the Released Claims, but the Lead Plaintiffs shall expressly waive, and each Class Member, upon the Effective Date, shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever settled and released any and all Released Claims, known or unknown,

suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts. Defendants may hereafter discover facts in addition to or different from those which he or it now knows or believes to be true with respect to the subject matter of the Released Defendants' Claims, but Defendants shall expressly waive, and by operation of the Judgment shall have fully, finally, and forever settled and released any and all Released Defendants' Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory, at law or equity now existing or coming into existence in the future, including, but not limited to, breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts. Lead Plaintiffs and Defendants acknowledge, and the Class Members by operation of law shall be deemed by operation of the Judgment to have acknowledged, that the inclusion of "Unknown Claims" in the definition of Released Claims and Released Defendants' Claims was separately bargained for and was a key element of the Settlement.

(y)    Any capitalized term used herein and not defined should be construed consistent with the definitions set forth in the Stipulation.

2.    This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all Class Members.

3.    Pursuant to Federal Rule of Civil Procedure 23, this Court hereby approves the Settlement set forth in the Stipulation and finds that said Settlement is, in all respects, fair, reasonable, and adequate to the Class.

4.     The Court finds that the Stipulation and Settlement are fair, reasonable, and adequate as to each of the Class Members, and that the Stipulation and Settlement are hereby finally approved in all respects, and the Settling Parties are hereby directed to perform its terms.

5.     Except as to any individual claim of those Persons (identified in Exhibit 1 hereto) who have validly and timely requested exclusion from the Class, the Litigation and all claims contained therein, as well as all of the Released Claims, are dismissed with prejudice as to the Lead Plaintiffs and the other Class Members, as against each and all of the Released Parties. The Settling Parties are to bear their own costs, except as otherwise provided in the Stipulation.

6.     Upon the Effective Date, the Lead Plaintiffs and each of the Class Members who have not timely opted out of the Class shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished, and discharged against the Released Parties (whether or not such Class Members execute and deliver the Proofs of Claim) all Released Claims (including Unknown Claims) as well as any other claims arising out of, relating to, or in connection with, the defense, settlement or resolution of the Litigation or the Released Claims.

7.     Upon the Effective Date, the Lead Plaintiffs and each of the Class Members who has not timely opted out of the Class, and their predecessors, successors, agents, representatives, attorneys and affiliates, and the heirs, executors, administrators, successors and assigns of each of them, directly or indirectly, individually, derivatively, representatively or in any other capacity, shall be permanently barred and enjoined from the assertion, institution, maintenance, prosecution or enforcement against Defendants, or any other Released Parties, in any state or federal court or arbitral forum, or in the court of any foreign jurisdiction, of any and all Released Claims (including Unknown Claims) as well as any other claims arising out of, relating to, or in connection with, the defense, settlement or resolution of the Litigation or the Released Claims.

8.     Upon the Effective Date, each of the Released Parties shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished and discharged each and all of the Lead Plaintiffs, Class Members, and Plaintiffs' Counsel from all claims (including Unknown Claims) arising out of, relating to, or in connection with, the institution, prosecution, assertion, settlement or resolution of the Litigation or the Released Claims.

9.     The notice provided to the Class, including the individual notice to all Class Members who could be identified through reasonable effort, was the best notice practicable under the circumstances.     Said notice provided the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed Settlement set forth in the Stipulation, to all Persons entitled to such notice, and said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23 and the requirements of due process.     The Court also finds that Defendants complied with the notice requirements of the Class Action Fairness Act ("CAFA"), 28 U.S.C. §1715 and timely provided the notice of the Settlement as required under CAFA to the appropriate state and federal officials.

10.     The Claims Administrator is directed to administer the Settlement Fund in accordance with the terms of this order.

11.     The Stipulation, all negotiations, statements, and proceedings in connection herewith and any act performed or document executed pursuant to, in furtherance of, or in connection with the Stipulation or the Settlement shall not, in any event, be construed or deemed to be evidence of an admission or concession on the part of the Lead Plaintiffs, any Defendant, any Class Member, or any other Person, of any liability or wrongdoing of any nature whatsoever by them, or any of them, and shall not be offered or received in evidence in any civil, criminal or administrative action or proceeding in any court, administrative agency or other tribunal (except

an action to enforce the Stipulation and Settlement contemplated hereby), or be used in any way as an admission, concession, or evidence of any liability or wrongdoing of any nature whatsoever, and shall not be construed as, or deemed to be evidence of, an admission or concession that Lead Plaintiffs, any member of the Class, any present or former stockholder of Heelys, or any other Person, has or has not suffered any damage. Defendants may file the Stipulation and/or the Judgment from this Litigation in any action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction, or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

12.     Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of this Settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; and (c) all parties hereto for the purpose of construing, enforcing and administering the Stipulation.

13.     The Court finds that during the course of the Litigation, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

14.     In the event that the Settlement does not become effective in accordance with the terms of the Stipulation, or the Stipulation terminates according to its provisions, or in the event that the Settlement Fund, or any portion thereof, is returned to the Defendants or their insurers, or this Judgment does not become final, then this Judgment shall be rendered null and void and shall be vacated and, in such event, all orders entered and releases given in connection herewith shall be null and void, *nunc pro tunc*, except that (1) any modifications, reversal, or vacation of the award of attorneys' fees and expenses to Plaintiffs' Counsel on appeal or in any further

- 9 -

motions in this Court shall in no way disturb or affect any other part of this Judgment, and (2) any further proceedings, whether in this Court or on appeal, related to the Plan of Allocation, shall in no way disturb or affect any other part of this Judgment.

IT IS SO ORDERED.


DATED: November 17th, 2009

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

EXHIBIT 1



*HEELYS-
EXCL00001*

RECEIVED TS
SEP 28 2009
CLAIMS CENTER

Court

COPY

September 23, 2009

*Heelys Securities Litigation*
    EXCLUSIONS
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA  94912-8040

Via  Certified Mail Return Receipt Requested
and Regular Mail

Dear Sir/Madame:

I request exclusion from the Class in Rines v. Heelys, Inc., et al, Civil Action No. 3:07-cv-01468-K.  This request extends to any and all shares of common stock of Heelys, Inc. that I have ever purchased and sold, including the shares indicated in Exhibits A and B attached and incorporated herein by reference.

Very truly yours,

Carl Dick, also known as Carl R. Dick III, Carl Dick III and Carl R. Dick



Carl Dick

September 23, 2009

*Heelys Securities Litigation*
    EXCLUSIONS
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA  94912-8040

Via  Certified Mail Return Receipt Requested
and Regular Mail

Dear Sir/Madame:

I request exclusion from the Class in Rines v. Heelys, Inc., et al, Civil Action No. 3:07-cv-01468-K.  This request extends to any and all shares of common stock of Heelys, Inc. that I have ever purchased and sold, including the shares indicated in Exhibits A and B attached and incorporated herein by reference.

Very truly yours,

Carl Dick, also known as Carl R. Dick III, Carl Dick III and Carl R. Dick

| Shares | | Bought | Price | Total |
|--------|-----------|------------|-------|----------|
| 25,000 | HEELYS INC | 12/11/2006 | 30.80 | 770000 |
| 25,000 | HEELYS INC | 12/11/2006 | 30.40 | 760000 |
| 10,000 | HEELYS INC | 12/15/2006 | 32.00 | 320000 |
| 15,000 | HEELYS INC | 1/3/2007 | 31.25 | 468750 |
| 3,600 | HEELYS INC | 2/26/2007 | 35.75 | 128700 |
| 400 | HEELYS INC | 2/27/2007 | 35.37 | 14148 |
| 100 | HEELYS INC | 2/27/2007 | 35.50 | 3550 |
| 500 | HEELYS INC | 2/27/2007 | 35.56 | 17780 |
| 500 | HEELYS INC | 2/27/2007 | 35.57 | 17785 |
| 100 | HEELYS INC | 2/27/2007 | 35.50 | 3550 |
| 400 | HEELYS INC | 2/27/2007 | 35.52 | 14208 |
| 4,300 | HEELYS INC | 2/27/2007 | 35.60 | 153080 |
| 200 | HEELYS INC | 2/27/2007 | 35.31 | 7062 |
| 100 | HEELYS INC | 2/27/2007 | 35.41 | 3541 |
| 98 | HEELYS INC | 2/27/2007 | 35.43 | 3472.14 |
| 200 | HEELYS INC | 2/27/2007 | 35.44 | 7088 |
| 2,955 | HEELYS INC | 2/27/2007 | 35.50 | 104902.5 |
| 5,000 | HEELYS INC | 2/27/2007 | 35.55 | 177750 |
| 5,000 | HEELYS INC | 2/27/2007 | 35.60 | 178000 |
| 1,447 | HEELYS INC | 2/27/2007 | 35.49 | 51354.03 |
| 100 | HEELYS INC | 3/1/2007 | 33.11 | 3311 |
| 7,402 | HEELYS INC | 3/6/2007 | 33.85 | 250557.7 |
| 998 | HEELYS INC | 3/6/2007 | 33.84 | 33772.32 |
| 1600 | HEELYS INC | 3/6/2007 | 33.83 | 54128 |
| 7500 | HEELYS INC | 3/6/2007 | 32.90 | 246750 |
| 10000 | HEELYS INC | 3/9/2007 | 31.40 | 314000 |
| 25000 | HEELYS INC | 6/7/2007 | 31.45 | 786250 |
| 15000 | HEELYS INC | 6/7/2007 | 29.75 | 446250 |
| 17500 | HEELYS INC | 6/22/2007 | 25.40 | 444500 |
| 50000 | HEELYS INC | 6/29/2007 | 26.60 | 1330000 |
| 3982 | HEELYS INC | 7/26/2007 | 20.44 | 81392.08 |
| 3084 | HEELYS INC | 7/31/2007 | 21.80 | 67231.2 |
| 200 | HEELYS INC | 8/6/2007 | 19.57 | 3914 |
| 1400 | HEELYS INC | 8/6/2007 | 19.60 | 27440 |
| 100 | HEELYS INC | 8/6/2007 | 19.66 | 1966 |
| 400 | HEELYS INC | 8/6/2007 | 19.68 | 7872 |
| 100 | HEELYS INC | 8/6/2007 | 19.59 | 1959 |
| 100 | HEELYS INC | 8/6/2007 | 19.69 | 1969 |
| 830 | HEELYS INC | 8/6/2007 | 19.70 | 16351 |
| 23900 | HEELYS INC | 8/7/2007 | 21.20 | 506680 |
| 12498 | HEELYS INC | 8/7/2007 | 21.20 | 264957.6 |
| 1318 | HEELYS INC | 8/7/2007 | 20.20 | 26623.6 |
| 150 | HEELYS INC | 8/7/2007 | 20.37 | 3055.5 |
| 1200 | HEELYS INC | 8/7/2007 | 20.39 | 24468 |
| 200 | HEELYS INC | 8/7/2007 | 20.40 | 4080 |

EXHIBIT A

| 100 | HEELYS INC | 8/7/2007 | 20.99 | 2099 |
| 100 | HEELYS INC | 8/7/2007 | 21.14 | 2114 |
| 400 | HEELYS INC | 8/7/2007 | 21.15 | 8460 |
| 100 | HEELYS INC | 8/7/2007 | 21.16 | 2116 |
| 200 | HEELYS INC | 8/7/2007 | 21.19 | 4238 |
| 200 | HEELYS INC | 8/7/2007 | 21.18 | 4236 |

285,562                                                                 8177461.67

EXHIBIT A

| Sold | Price | Total | Loss |
|---|---|---|---|
| 8/10/2007 | 10.25 | 256250 | 513,750.00 |
| 8/10/2007 | 10.05 | 251250 | 508,750.00 |
| 8/10/2007 | 10.25 | 102500 | 217,500.00 |
| 8/10/2007 | 10.25 | 153750 | 315,000.00 |
| 8/10/2007 | 10.00 | 36000 | 92,700.00 |
| 8/10/2007 | 9.97 | 3988 | 10,160.00 |
| 8/10/2007 | 10.00 | 1000 | 2,550.00 |
| 8/10/2007 | 9.94 | 4970 | 12,810.00 |
| 8/10/2007 | 10.00 | 5000 | 12,785.00 |
| 8/10/2007 | 10.00 | 1000 | 2,550.00 |
| 8/10/2007 | 10.00 | 4000 | 10,208.00 |
| 8/10/2007 | 10.00 | 43000 | 110,080.00 |
| 8/10/2007 | 10.00 | 2000 | 5,062.00 |
| 8/10/2007 | 10.00 | 1000 | 2,541.00 |
| 8/10/2007 | 10.00 | 980 | 2,492.14 |
| 8/10/2007 | 10.00 | 2000 | 5,088.00 |
| 8/10/2007 | 10.00 | 29550 | 75,352.50 |
| 8/10/2007 | 10.00 | 50000 | 127,750.00 |
| 8/10/2007 | 10.00 | 50000 | 128,000.00 |
| 8/10/2007 | 10.00 | 14470 | 36,884.03 |
| 8/10/2007 | 10.05 | 1005 | 2,306.00 |
| 8/10/2007 | 9.98 | 73871.96 | 176,685.74 |
| 8/10/2007 | 10.00 | 9980 | 23,792.32 |
| 8/10/2007 | 9.98 | 15968 | 38160 |
| 8/10/2007 | 9.98 | 74850 | 171,900.00 |
| 8/10/2007 | 9.98 | 99800 | 214200 |
| 8/10/2007 | 9.95 | 248750 | 537500 |
| 8/10/2007 | 9.92 | 148800 | 297450 |
| 8/25/2007 | 7.00 | 122500 | 322000 |
| 8/13/2007 | 10.01 | 500500 | 829500 |
| 8/10/2007 | 9.96 | 39660.72 | 41731.36 |
| 8/10/2007 | 9.96 | 30716.64 | 36514.56 |
| 8/10/2007 | 9.97 | 1994 | 1920 |
| 8/25/2007 | 7.00 | 9800 | 17640 |
| 8/25/2007 | 7.00 | 700 | 1266 |
| 8/25/2007 | 7.00 | 2800 | 5072 |
| 8/25/2007 | 7.00 | 700 | 1259 |
| 8/25/2007 | 7.00 | 700 | 1269 |
| 8/25/2007 | 7.00 | 5810 | 10541 |
| 8/25/2007 | 7.00 | 167300 | 339380 |
| 8/25/2007 | 7.35 | 91860.3 | 173097.3 |
| 8/25/2007 | 7.01 | 9239.18 | 17384.42 |
| 8/25/2007 | 7.02 | 1053 | 2002.5 |
| 8/25/2007 | 7.10 | 8520 | 15948 |
| 8/25/2007 | 7.02 | 1404 | 2676 |

EXHIBIT A

| | | | |
|---|---|---|---|
| 8/25/2007 | 7.00 | 700 | 1399 |
| 8/25/2007 | 7.00 | 700 | 1414 |
| 8/25/2007 | 7.00 | 2800 | 5660 |
| 8/25/2007 | 7.11 | 711 | 1405 |
| 8/25/2007 | 7.11 | 1422 | 2816 |
| 8/25/2007 | 7.11 | 1422 | 2814 |
| | | 2688745.80 | 5,488,715.87 |

EXHIBIT A

| Shares | | Bought | Price | Total |
|---|---|---|---|---|
| 2,100 | HEELYS INC | 2/22/2007 | 36.881 | 77450.10 |
| 3,064 | HEELYS INC | 2/23/2007 | 36.8487 | 112904.42 |
| 19,836 | HEELYS INC | 2/23/2007 | 36.8487 | 730930.81 |
| 25,000 | HEELYS INC | 3/7/2007 | 32.45 | 811250.00 |
| 50,000 | HEELYS INC | 3/8/2007 | 32.116 | 1605800.00 |
| 15,000 | HEELYS INC | 3/19/2007 | 30.7441 | 461161.50 |
| 10,000 | HEELYS INC | 3/21/2007 | 30.45 | 304500.00 |
| 25,000 | HEELYS INC | 4/24/2007 | 31.2402 | 781005.00 |
| 45,025 | HEELYS INC | 6/21/2007 | 27.4382 | 1235404.96 |
| 4,975 | HEELYS INC | 6/21/2007 | 27.4382 | 136505.05 |
| 32,500 | HEELYS INC | 6/22/2007 | 26.5747 | 863677.75 |
| 32,500 | HEELYS INC | 7/20/2007 | 25.1999 | 818996.75 |
| 5,000 | HEELYS INC | 7/23/2007 | 24.65 | 123250.00 |
| 5,000 | HEELYS INC | 7/23/2007 | 24.65 | 123250.00 |
| 5,000 | HEELYS INC | 7/23/2007 | 24.65 | 123250.00 |
| 2,100 | HEELYS INC | 7/23/2007 | 24.65 | 51765.00 |
| 2,900 | HEELYS INC | 7/23/2007 | 24.65 | 71485.00 |
| 5,000 | HEELYS INC | 7/23/2007 | 24.65 | 123250.00 |
| 5,000 | HEELYS INC | 7/23/2007 | 24.65 | 123250.00 |
| 5,000 | HEELYS INC | 7/23/2007 | 24.65 | 123250.00 |
| 5,000 | HEELYS INC | 7/23/2007 | 24.65 | 123250.00 |
| 5,000 | HEELYS INC | 7/23/2007 | 24.65 | 123250.00 |
| 5,000 | HEELYS INC | 7/23/2007 | 24.65 | 123250.00 |
| 315,000 | | | | 9172086.33 |

EXHIBIT B

| Sold | Price | Total | Loss |
|------|-------|-------|------|
| 8/7/2007 | 20.441 | 42926.10 | 34,524.00 |
| 8/7/2007 | 20.441 | 62631.22 | 50,273.19 |
| 8/8/2007 | 12.3544 | 245061.88 | 485,868.93 |
| 8/8/2007 | 12.3544 | 308860.00 | 502,390.00 |
| 8/8/2007 | 12.3544 | 617720.00 | 988,080.00 |
| 8/8/2007 | 12.3544 | 185316.00 | 275,845.50 |
| 8/8/2007 | 12.3544 | 123544.00 | 180,956.00 |
| 8/8/2007 | 12.3544 | 308860.00 | 472,145.00 |
| 8/8/2007 | 12.3544 | 556256.86 | 679,148.10 |
| 8/8/2007 | 12.4609 | 61992.98 | 74,512.07 |
| 8/8/2007 | 12.4609 | 404979.25 | 458,698.50 |
| 8/8/2007 | 12.4609 | 404979.25 | 414,017.50 |
| 8/8/2007 | 12.4609 | 62304.50 | 60,945.50 |
| 7/31/2007 | 22.05 | 110250.00 | 13,000.00 |
| 7/31/2007 | 21.8526 | 109263.00 | 13,987.00 |
| 7/31/2007 | 21.86 | 45906.00 | 5,859.00 |
| 7/31/2007 | 21.86 | 63394.00 | 8,091.00 |
| 7/31/2007 | 21.86 | 109300.00 | 13,950.00 |
| 7/31/2007 | 21.6861 | 108430.50 | 14,819.50 |
| 8/1/2007 | 20.40 | 102000.00 | 21,250.00 |
| 8/6/2007 | 20.25 | 101250.00 | 22,000.00 |
| 8/6/2007 | 20.05 | 100250.00 | 23,000.00 |
| 8/6/2007 | 20.25 | 101250.00 | 22,000.00 |
| | | 4336725.54 | 4,835,360.79 |

EXHIBIT B



RECEIVED TS
SEP 2 8 2009
CLAIMS CENTER

Heeleys Securities Litigation
EXCLUSIONS
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafeal, CA 94912-8040



7000 0520 0017 6774 1326

Hutchinson L



RECEIVED TS

OCT 20 2009

CLAIMS CENTER



c/o

October 15, 2009

Heelys Securities Litigation
EXCLUSIONS
c/o Gilardi & Co. LLC
Claims Administrator
P.O. Box 8040
San Rafael, CA 94912-8040

     Re:   *Rines v. Heelys, Inc. et al.*, Civil Action No. 3:07-cv-01468-K

Dear Sir:

I am an attorney representing Aleksandra Vojcic and Thomas J. Jennings. On their behalf, I confirm they request exclusion from the Class in the above-referenced case.

Attached please find statements reflecting trades for these two individuals in Heelys stock (4 pages). Attached also please find signature confirmations from these two individuals (2 pages).

Mr. Jennings' contact details are:

Thomas J. Jennings



Ms. Vojcic's contact details are:

Aleksandra Vojcic



If you have any questions, please do not hesitate to contact me at &#9608;&#9608;&#9608;&#9608;, or at

                                                           Sincerely,

Rafael Castilla

I request exclusion from the Class in the *Heelys* case:


_____
Aleksandra Vojcic

I request exclusion from the Class in the *Heelys* case:

_____
Thomas J. Jennings

# sterne agee

THOMAS JENNINGS
Thursday, July 23, 2009 9:16 AM

## Accounts / Gains & Losses

**Name & Address**

**Details**

| | |
|---|---|
| Account Number | |
| Rep Code | BV03 |
| Home Phone | |
| Cell Phone | |
| Email | |

**Balances**

| | |
|---|---|
| Total Account Value | |
| Cash Balance | |
| MMF Balance | |
| Margin Balance | |
| Margin Buying Power | |
| Funds Available | |

**Accounts / Gains & Losses**
Page 1

| | |
|---|---|
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |

| Quantity | Name | Symbol | Open Date | Close Date | Unit Cost | Cost Amount | Close Price | Close Amount | Realized | Term |
|---|---|---|---|---|---|---|---|---|---|---|
| 200.0000 | HEELYS INC | HLYS | 3/12/2007 | 5/10/2007 | $30.7800 | $6,156.0000 | $32.5596 | $6,508.4200 | $352.4200 | Short |
| 400.0000 | HEELYS INC | HLYS | 3/12/2007 | 5/10/2007 | $30.7900 | $12,316.0000 | $32.5596 | $13,016.8500 | $700.8500 | Short |
| 300.0000 | HEELYS INC | HLYS | 3/12/2007 | 5/10/2007 | $30.8000 | $9,240.0000 | $32.5596 | $9,762.6300 | $522.6300 | Short |
| 200.0000 | HEELYS INC | HLYS | 3/12/2007 | 5/10/2007 | $30.8100 | $6,162.0000 | $32.5596 | $6,508.4500 | $346.4500 | Short |
| 200.0000 | HEELYS INC | HLYS | 3/12/2007 | 5/10/2007 | $30.8550 | $6,171.0000 | $32.5596 | $6,508.4200 | $337.4200 | Short |
| 200.0000 | HEELYS INC | HLYS | 3/12/2007 | 5/10/2007 | $30.7500 | $6,150.0000 | $32.5596 | $6,508.4200 | $358.4200 | Short |
| 900.0000 | HEELYS INC | HLYS | 6/22/2007 | 10/12/2007 | $25.1463 | $22,631.6600 | $8.0000 | $7,196.0600 | -$15,435.6000 | Short |
| 100.0000 | HEELYS INC | HLYS | 6/22/2007 | 10/12/2007 | $25.1600 | $2,516.0000 | $8.0000 | $799.5600 | -$1,716.4400 | Short |
| 3,248.0000 | HEELYS INC | HLYS | 8/7/2007 | 10/12/2007 | $21.4926 | $69,808.0600 | $8.0000 | $25,969.7900 | -$43,838.2700 | Short |
| 1,752.0000 | HEELYS INC | HLYS | 8/7/2007 | 10/12/2007 | $21.5900 | $37,668.0000 | $8.0000 | $14,008.3300 | -$23,659.6500 | Short |
| 5,000.0000 | PUT DHI DHI JAN 25 | DHI ME | 6/14/2007 | 7/26/2007 | $4.4051 | $22,025.5000 | $8.5000 | $42,473.8400 | $20,448.3400 | Short |
| 5,000.0000 | CALL UYD SEP 15 | UYD IC | 8/2/2007 | 9/22/2007 | $6.6051 | $33,025.5000 | $0.0000 | $0.0000 | -$33,025.5000 | Short |
| 1,000.0000 | CALL UYD NOV 7 1/2 | UYD KU | 10/17/2007 | 11/17/2007 | $2.8755 | $2,875.5000 | $0.0000 | $0.0000 | -$2,875.5000 | Short |
| 4,000.0000 | CALL UYD NOV 7 1/2 | UYD KU | 10/18/2007 | 11/17/2007 | $3.0064 | $12,025.5000 | $0.0000 | $0.0000 | -$12,025.5000 | Short |
| | | | | | | $248,770.72 | | $139,260.79 | ($109,509.93) | |

This communication is intended only for the use of the recipient identified above. Sterne Agee accepts no responsibility for any other use. This report is a service from your Financial Advisor, not a substitute for your account statements and confirmations. This report is prepared as of trade date rather than settlement date and may be prepared on a different date than your statement. This report uses information for sources we believe to be reliable, but we cannot guarantee the accuracy of this information or the reliability of these sources. If you find discrepancies in this report, please contact your Financial Advisor. Prices for independently valued direct investments cannot be displayed on this report and are not included in the portfolio. Security regulations restrict being able to accept security transactions over e-mail.

# sterne agee

THOMAS JENNINGS
Thursday, July 23, 2009 9:18 AM

## Accounts / Gains & Losses

Accounts / Gains & Losses
Page 1

**Name & Address**

**Details**

| | |
|---|---|
| Account Number | |
| Rep Code | BV03 |
| Home Phone | |
| Cell Phone | |
| Email | |

**Balances**

| | |
|---|---|
| Total Account Value | $116,996.48 |
| Cash Balance | $0.00 |
| MWF Balance | $0.00 |
| Margin Balance | $0.00 |
| Margin Buying Power | ($95,503.52) |
| Funds Available | $0.00 |
| | $0.00 |

| Quantity | Name | Symbol | Open Date | Close Date | Unit Cost | Cost Amount | Close Price | Close Amount | Realized | Term |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,000.0000 | CHRISTOPHER & BANKS CORP | CBK | 1/31/2007 | 3/13/2007 | $17.7350 | $17,735.0000 | $18.4600 | $18,434.7100 | $699.7100 | Short |
| 600.0000 | CHRISTOPHER & BANKS CORP | CBK | 1/31/2007 | 5/22/2007 | $17.7350 | $10,641.0000 | $17.5106 | $10,490.8900 | -$150.1100 | Short |
| 400.0000 | CHRISTOPHER & BANKS CORP | CBK | 1/31/2007 | 5/22/2007 | $17.7300 | $7,092.0000 | $17.5106 | $6,993.9400 | -$98.0600 | Short |
| 2,000.0000 | CHRISTOPHER & BANKS CORP | CBK | 6/15/2007 | 8/1/2007 | $15.0128 | $30,025.5000 | $14.8302 | $29,634.5300 | -$390.9700 | Short |
| 2,500.0000 | CYPRESS SEMICONDUCTOR | CY | 7/20/2007 | 7/27/2007 | $17.5102 | $43,775.5000 | $24.8300 | $62,048.5500 | $18,273.0500 | Short |
| 1,000.0000 | HANSEN NATURAL CORP | HANS | 11/8/2006 | 2/7/2007 | $28.1150 | $28,115.0000 | $38.1700 | $38,156.4100 | $10,041.4100 | Short |
| 200.0000 | HANSEN NATURAL CORP | HANS | 11/9/2006 | 2/7/2007 | $27.2240 | $5,444.8000 | $38.1700 | $7,631.2800 | $2,186.4800 | Short |
| 100.0000 | HANSEN NATURAL CORP | HANS | 11/9/2006 | 2/7/2007 | $27.1800 | $2,718.0000 | $38.1700 | $3,815.6400 | $1,097.6400 | Short |
| 100.0000 | HANSEN NATURAL CORP | HANS | 11/9/2006 | 2/7/2007 | $27.1900 | $2,719.0000 | $38.1700 | $3,815.6400 | $1,096.6400 | Short |
| 300.0000 | HANSEN NATURAL CORP | HANS | 11/9/2006 | 2/7/2007 | $27.2000 | $8,160.0000 | $38.1700 | $11,446.9200 | $3,286.9200 | Short |
| 200.0000 | HANSEN NATURAL CORP | HANS | 11/9/2006 | 2/7/2007 | $27.2100 | $5,442.0000 | $38.1700 | $7,631.2800 | $2,189.2800 | Short |
| 100.0000 | HANSEN NATURAL CORP | HANS | 11/9/2006 | 2/7/2007 | $27.2200 | $2,722.0000 | $38.1700 | $3,815.6600 | $1,093.6600 | Short |
| 1,556.0000 | HEELYS INC | HLYS | 3/13/2007 | 5/25/2007 | $29.8161 | $46,393.8000 | $31.4783 | $48,966.3000 | $2,572.5000 | Short |
| 50.0000 | HEELYS INC | HLYS | 3/13/2007 | 5/25/2007 | $29.9500 | $1,497.5000 | $31.4783 | $1,573.4600 | $75.9600 | Short |
| 200.0000 | HEELYS INC | HLYS | 3/13/2007 | 5/25/2007 | $29.9700 | $5,994.0000 | $31.4783 | $6,293.8700 | $299.8700 | Short |
| 194.0000 | HEELYS INC | HLYS | 3/13/2007 | 5/25/2007 | $30.0000 | $5,820.0000 | $31.4783 | $6,105.0500 | $285.0500 | Short |
| 1,000.0000 | HEELYS INC | HLYS | 5/18/2007 | 5/25/2007 | $30.5101 | $30,510.1000 | $31.4783 | $31,469.3700 | $959.2700 | Short |
| 100.0000 | HEELYS INC | HLYS | 5/18/2007 | 5/25/2007 | $30.5101 | $3,051.0100 | $31.3408 | $3,134.0300 | $83.0200 | Short |
| 600.0000 | HEELYS INC | HLYS | 5/18/2007 | 6/20/2007 | $30.5101 | $18,306.0600 | $30.6796 | $18,382.0200 | $75.9600 | Short |
| 500.0000 | HEELYS INC | HLYS | 5/18/2007 | 7/18/2007 | $30.5101 | $15,255.0500 | $26.7448 | $13,345.1900 | -$1,909.8600 | Short |
| 500.0000 | HEELYS INC | HLYS | 5/18/2007 | 8/10/2007 | $30.5101 | $15,255.0500 | $9.9600 | $4,954.4200 | -$10,300.6300 | Short |

This communication is intended only for the use of the recipient identified above. Sterne Agee accepts no responsibility for any other use. This report is a service from your Financial Advisor, not a substitute for your account statements and confirmations. This report is prepared as of trade date rather than settlement date and may be prepared in a different date than your statement. This report uses information from sources we believe to be reliable, but we cannot guarantee the accuracy of this information or the reliability of these sources. If you find discrepancies in this report, please contact your Financial Advisor. Prices for independently valued direct investments cannot be displayed on this report and are not included in the portfolio. Security regulations restrict being able to accept security transactions over e-mail.



sterne agee

THOMAS JENNINGS
Thursday, July 23, 2009 9:18 AM

Accounts / Gains & Losses
Page 2

JENNINGS THOMAS J

| Quantity | Symbol | Name | Open Date | Close Date | Unit Cost | Cost Amount | Close Price | Close Amount | Realized | Term |
|---|---|---|---|---|---|---|---|---|---|---|
| 2,300.0000 | HLYS | HEELYS INC | 5/18/2007 | 11/26/2007 | $30.5101 | $70,173.2300 | $5.9702 | $13,731.3200 | -$56,441.9100 | Short |
| 2,000.0000 | HLYS | HEELYS INC | 8/3/2007 | 11/26/2007 | $21.1038 | $42,207.6100 | $5.9702 | $11,940.2800 | -$30,267.3300 | Short |
| 200.0000 | HLYS | HEELYS INC | 8/3/2007 | 11/26/2007 | $21.1200 | $4,224.0000 | $5.9702 | $1,194.0200 | -$3,029.9800 | Short |
| 500.0000 | HLYS | HEELYS INC | 8/21/2007 | 11/26/2007 | $9.4810 | $4,740.5000 | $5.9702 | $2,985.0900 | -$1,755.4100 | Short |
| 5,000.0000 | HLYS | HEELYS INC | 10/19/2007 | 11/26/2007 | $8.6602 | $43,301.0000 | $6.0337 | $30,142.7700 | -$13,158.2300 | Short |
| 2,000.0000 | NUS | NU SKIN ENTERPRISES INC | 3/16/2007 | 3/26/2007 | $17.7900 | $35,580.0000 | $16.6155 | $33,205.4900 | -$2,374.5100 | Short |
| 3,000.0000 | NUS | NU SKIN ENTERPRISES INC | 3/16/2007 | 4/4/2007 | $17.7900 | $53,370.0000 | $16.3463 | $49,010.2400 | -$4,359.7600 | Short |
| 3,000.0000 | NUS | NU SKIN ENTERPRISES INC | 6/15/2007 | 6/18/2007 | $17.0318 | $51,095.3300 | $17.2911 | $51,847.0400 | $751.7100 | Short |
| 3,000.0000 | NUS | NU SKIN ENTERPRISES INC | 6/15/2007 | 6/21/2007 | $15.0085 | $45,025.5000 | $0.0000 | $0.0000 | $0.0000 | |
| 100.0000 | TBL | TIMBERLAND CO CL A | 2/26/2007 | 3/23/2007 | $28.1247 | $2,812.4700 | $27.0108 | $2,676.0300 | -$136.4400 | Short |
| 650.0000 | TBL | TIMBERLAND CO CL A | 2/26/2007 | 6/13/2007 | $28.1246 | $18,281.0000 | $26.5006 | $17,199.6200 | -$1,081.3800 | Short |
| 50.0000 | TBL | TIMBERLAND CO CL A | 2/26/2007 | 7/20/2007 | $28.1246 | $1,406.2300 | $25.0800 | $1,228.4800 | -$177.7500 | Short |
| 900.0000 | TBL | TIMBERLAND CO CL A | 2/26/2007 | 8/8/2007 | $28.1246 | $25,312.1400 | $22.7203 | $20,428.8900 | -$4,883.2500 | Short |
| 300.0000 | TBL | TIMBERLAND CO CL A | 2/26/2007 | 8/8/2007 | $28.1100 | $8,433.0000 | $22.7203 | $6,809.6400 | -$1,623.3600 | Short |
| 2,100.0000 | TUES | TUESDAY MORNING CORP NEW | 2/27/2007 | 3/23/2007 | $15.8913 | $33,371.7200 | $15.1400 | $31,776.0000 | -$1,595.7200 | Short |
| 900.0000 | TUES | TUESDAY MORNING CORP NEW | 2/27/2007 | 3/23/2007 | $15.8900 | $14,301.0000 | $15.1400 | $13,618.3000 | -$682.7000 | Short |
| 3,000.0000 | TUES | TUESDAY MORNING CORP NEW | 5/18/2007 | 6/4/2007 | $12.5085 | $37,525.5000 | $13.6500 | $40,923.8700 | $3,398.3700 | Short |
| 1,000.0000 | CGV WM | PUT CGV NOV 65 | 11/14/2007 | 11/16/2007 | $2.3255 | $2,325.5000 | $9.5000 | $9,474.3500 | $7,148.8500 | Short |
| 1,000.0000 | JCQ XG | PUT JCQ DEC 35 | 11/16/2007 | 12/22/2007 | $4.5255 | $4,525.5000 | $0.0000 | $0.0000 | -$4,525.5000 | Short |
| 2,500.0000 | CY GW | CALL CY JUL 17 1/2 | 6/6/2007 | 7/20/2007 | $4.2051 | $10,512.7500 | $7.6000 | $18,974.2000 | $8,461.4500 | Short |
| 2,500.0000 | CY GW | CALL CY JUL 17 1/2 | 6/6/2007 | 7/21/2007 | $4.2051 | $10,512.7500 | $0.0000 | $0.0000 | -$10,512.7500 | Short |
| 2,000.0000 | CBK FC | CALL CBK JUN 15 | 3/23/2007 | 6/15/2007 | $3.8125 | $7,625.0000 | $0.0000 | $7,625.0000 | $0.0000 | |
| 1,000.0000 | DJ UL | PUT DJ SEP 60 | 5/2/2007 | 6/17/2007 | $7.7250 | $7,725.0000 | $3.3000 | $3,274.4400 | -$4,450.5600 | Short |
| 2,000.0000 | DHI SF | PUT DHI JUL 30 | 5/29/2007 | 6/17/2007 | $6.6128 | $13,225.5000 | $8.3000 | $16,574.2400 | $3,348.7400 | Short |
| 1,000.0000 | QGD WH | PUT QGD NOV 40 | 11/14/2007 | 11/16/2007 | $2.5255 | $2,525.5000 | $0.0000 | $2,525.5000 | $0.0000 | |
| 5,000.0000 | UYD JU | CALL UYD OCT 7 1/2 | 9/11/2007 | 10/19/2007 | $1.1551 | $5,775.5000 | $0.0000 | $5,775.5000 | $0.0000 | |
| 5,000.0000 | UYD ED | CALL UYD MAY 20 | 3/21/2007 | 5/18/2007 | $10.5050 | $52,525.0000 | $0.0000 | $52,525.0000 | $0.0000 | |
| 2,000.0000 | UYD HD | CALL UYD AUG 20 | 4/3/2007 | 8/18/2007 | $9.4125 | $18,825.0000 | $0.0000 | $0.0000 | -$18,825.0000 | Short |
| 1,000.0000 | UYD HD | CALL UYD AUG 20 | 7/17/2007 | 8/18/2007 | $6.7255 | $6,725.5000 | $0.0000 | $0.0000 | -$6,725.5000 | Short |
| 3,000.0000 | UYD HD | CALL UYD AUG 20 | 7/19/2007 | 8/18/2007 | $6.7085 | $20,125.5000 | $0.0000 | $0.0000 | -$20,125.5000 | Short |

This communication is intended only for the use of the recipient identified above. Sterne Agee accepts no responsibility for any other use. This report is a service from your Financial Advisor, not a substitute for your account statements and confirmations. This report is prepared as of trade date rather than settlement data and may be prepared on a different date than your statement. This report uses information from sources we believe to be reliable, but we cannot guarantee the accuracy of this information or the reliability of these sources. If you find discrepancies in this report, please contact your Financial Advisor. Prices for independently valued direct investments cannot be displayed on this report and are not included in the portfolio. Security regulations restrict being able to accept security transactions over e-mail.

steme
agee

THOMAS JENNINGS
Thursday, July 23, 2009 9:18 AM

JENNINGS THOMAS J

Accounts / Gains & Losses
Page 3

| Quantity | Name | Symbol | Open Date | Close Date | Unit Cost | Cost Amount | Close Price | Close Amount | Realized | Term |
|---|---|---|---|---|---|---|---|---|---|---|
| 4,000.0000 | CALL UYD AUG 22 1/2 | UYD HX | 6/7/2007 | 8/18/2007 | $8.8064 | $35,225.5000 | $0.0000 | $0.0000 | -$35,225.5000 | Short |
| 5,000.0000 | CALL UYD NOV 7 1/2 | UYD KU | 10/18/2007 | 11/17/2007 | $2.8551 | $14,275.5000 | $0.0000 | $0.0000 | -$14,275.5000 | Short |
| 5,000.0000 | CALL UYD NOV 7 1/2 | UYD KU | 10/23/2007 | 11/17/2007 | $1.7051 | $8,525.5000 | $0.0000 | $0.0000 | -$8,525.5000 | Short |
| 1,000.0000 | PUT MBI SEP 65 | MBI UM | 7/30/2007 | 8/10/2007 | $6.8255 | $6,825.5000 | $9.2000 | $9,174.3500 | $2,348.8500 | Short |
| 900.0000 | PUT MTG AUG 40 | MTG TH | 7/31/2007 | 8/10/2007 | $1.8783 | $1,690.5000 | $4.1000 | $3,666.9800 | $1,976.4800 | Short |
| 100.0000 | PUT MTG AUG 40 | MTG TH | 7/31/2007 | 8/10/2007 | $1.9000 | $190.0000 | $4.1000 | $407.4500 | $217.4500 | Short |
| 1,000.0000 | PUT MTG AUG 40 | MTG TH | 7/31/2007 | 8/10/2007 | $1.9000 | $1,900.0000 | $3.8000 | $3,799.9400 | $1,899.9400 | Short |
| 3,000.0000 | CALL MOT OCT 15 | MOT JC | 6/5/2007 | 7/23/2007 | $3.7051 | $11,115.3000 | $3.1000 | $9,274.3500 | -$1,840.9500 | Short |
| 2,000.0000 | CALL MOT OCT 15 | MOT JC | 6/5/2007 | 7/23/2007 | $3.7051 | $7,410.2000 | $3.0000 | $5,999.9000 | -$1,410.3000 | Short |
| 3,000.0000 | CALL NUS JUN 15 | NUS FC | 4/3/2007 | 6/15/2007 | $1.7583 | $5,275.0000 | $0.0000 | $5,275.0000 | $0.0000 | |
| 2,000.0000 | CALL NUS MAR 15 | NUS CC | 2/7/2007 | 3/16/2007 | $2.7625 | $5,525.0000 | $0.0000 | $5,525.0000 | $0.0000 | |
| 3,000.0000 | CALL NUS MAR 15 | NUS CC | 2/7/2007 | 3/16/2007 | $2.8000 | $8,400.0000 | $0.0000 | $8,400.0000 | $0.0000 | |
| 7,000.0000 | CALL NUS MAR 17 1/2 | NUS CW | 2/6/2007 | 3/17/2007 | $1.6036 | $11,225.0000 | $0.0000 | $0.0000 | -$11,225.0000 | Short |
| 3,000.0000 | CALL NUS MAR 17 1/2 | NUS CW | 2/6/2007 | 3/17/2007 | $1.6500 | $4,950.0000 | $0.0000 | $0.0000 | -$4,950.0000 | Short |
| 1,000.0000 | PUT RFY APR 145 | RFY PI | 4/11/2007 | 4/16/2007 | $4.5250 | $4,525.0000 | $12.0000 | $12,174.8100 | $7,649.8100 | Short |
| 1,000.0000 | PUT RUP JAN 130 | RUP MF | 12/21/2006 | 1/17/2007 | $7.5250 | $7,525.0000 | $5.3000 | $5,274.8300 | -$2,250.1700 | Short |
| 2,000.0000 | PUT RUP MAR 130 | RUP OF | 1/9/2007 | 1/17/2007 | $5.7125 | $11,425.0000 | $9.9000 | $19,774.3900 | $8,349.3900 | Short |
| 4,000.0000 | PUT SWF SEP 52 1/2 | SWF UX | 8/1/2007 | 8/16/2007 | $3.2064 | $12,825.5000 | $3.8000 | $15,174.2600 | $2,348.7600 | Short |
| 1,000.0000 | PUT STP NOV 65 | STP WM | 11/14/2007 | 11/17/2007 | $5.3255 | $5,325.5000 | $0.0000 | $0.0000 | -$5,325.5000 | Short |
| 2,000.0000 | CALL TBL AUG 22 1/2 | TBL HX | 6/12/2007 | 8/18/2007 | $4.2127 | $8,425.5000 | $0.0000 | $0.0000 | -$8,425.5000 | Short |
| 5,000.0000 | CALL TEQ SEP 10 | TEQ IB | 7/23/2007 | 9/22/2007 | $2.7051 | $13,525.5000 | $0.0000 | $0.0000 | -$13,525.5000 | Short |
| 1,000.0000 | PUT TDG DEC 50 | TDG XJ | 11/16/2007 | 12/13/2007 | $4.4255 | $4,425.5000 | $3.3000 | $3,274.4400 | -$1,151.0600 | Short |
| 3,000.0000 | CALL UUG MAY 12 1/2 | UUG EV | 3/23/2007 | 5/18/2007 | $2.8583 | $8,575.0000 | $0.0000 | $8,575.0000 | $0.0000 | |
| | | | | | | $1,159,897.10 | | $899,375.17 | ($215,496.43) | |

This communication is intended only for the use of the recipient identified above. Sterne Agee accepts no responsibility for any other use. This report is a service from your Financial Advisor, not a substitute for your account statements and confirmations. This report is prepared, as of trade date rather than settlement date and may be prepared on a different basis than your statement. This report uses information from sources we believe to be reliable, but we cannot guarantee the accuracy of this information or the reliability of those sources. If you find discrepancies in this report, please contact your Financial Advisor. Prices for independently valued direct investments cannot be displayed on this report and are not included in the portfolio. Security regulations restrict being able to accept security transactions over e-mail.



CERTIFIED MAIL

PRIORITY MAIL
UNITED STATES POSTAL SERVICE

Apply Priority

U.S. POSTAGE
$7.76
PRIORITY
10/15/09
8012 1P00
08242549

R. CASTILLA

HEELYS SECURITIES LITIGATION
EXCLUSIONS
c/o GILARDI + CO., LLC
CLAIMS ADMINISTRATOR
P.O. BOX 8040
SAN RAFAEL, CA 94912-8040



*HEELYS-EXCL00003*

RECEIVED
OCT 2 0 2009
CLAIMS CENTER

c/o 

October 15, 2009

Heelys Securities Litigation
EXCLUSIONS
c/o Gilardi & Co. LLC
Claims Administrator
P.O. Box 8040
San Rafael, CA 94912-8040

   Re:  *Rines v. Heelys, Inc. et al.*, Civil Action No. 3:07-cv-01468-K

Dear Sir:

I am an attorney representing Aleksandra Vojcic and Thomas J. Jennings. On their behalf, I confirm they request exclusion from the Class in the above-referenced case.

Attached please find statements reflecting trades for these two individuals in Heelys stock (4 pages). Attached also please find signature confirmations from these two individuals (2 pages).

Mr. Jennings' contact details are:

Thomas J. Jennings



Ms. Vojcic's contact details are:

Aleksandra Vojcic



If you have any questions, please do not hesitate to contact me at       , or at

             Sincerely,

Rafael Castilla

I request exclusion from the Class in the *Heelys* case:


Aleksandra Vojcic

I request exclusion from the Class in the *Heelys* case:

_____
Thomas J. Jennings

sterne agee

Name & Address

THOMAS JENNINGS
Thursday, July 23, 2009 9:16 AM

## Accounts / Gains & Losses

Page 1

**Details**

| | |
|---|---|
| Account Number | BV03 |
| Rep Code | |
| Home Phone | |
| Cell Phone | |
| Email | |

**Balances**

| | |
|---|---|
| Total Account Value | $0.00 |
| Cash Balance | $0.00 |
| MWF Balance | $0.00 |
| Margin Balance | $0.00 |
| Margin Buying Power | $0.00 |
| Funds Available | $0.00 |

| Quantity | Name | Symbol | Open Date | Close Date | Unit Cost | Cost Amount | Close Price | Close Amount | Realized | Term |
|---|---|---|---|---|---|---|---|---|---|---|
| 200.0000 | HEELYS INC | HLYS | 3/12/2007 | 5/10/2007 | $30.7800 | $6,156.0000 | $32.5596 | $6,508.4200 | $352.4200 | Short |
| 400.0000 | HEELYS INC | HLYS | 3/12/2007 | 5/10/2007 | $30.7900 | $12,316.0000 | $32.5596 | $13,016.8500 | $700.8500 | Short |
| 300.0000 | HEELYS INC | HLYS | 3/12/2007 | 5/10/2007 | $30.8000 | $9,240.0000 | $32.5596 | $9,762.6300 | $522.6300 | Short |
| 200.0000 | HEELYS INC | HLYS | 3/12/2007 | 5/10/2007 | $30.8100 | $6,162.0000 | $32.5596 | $6,508.4500 | $346.4500 | Short |
| 200.0000 | HEELYS INC | HLYS | 3/12/2007 | 5/10/2007 | $30.8550 | $6,171.0000 | $32.5596 | $6,508.4200 | $337.4200 | Short |
| 200.0000 | HEELYS INC | HLYS | 3/12/2007 | 5/10/2007 | $30.7500 | $6,150.0000 | $32.5596 | $6,508.4200 | $358.4200 | Short |
| 900.0000 | HEELYS INC | HLYS | 6/22/2007 | 10/12/2007 | $25.1463 | $22,631.6600 | $8.0000 | $7,196.0600 | -$15,435.6000 | Short |
| 100.0000 | HEELYS INC | HLYS | 6/22/2007 | 10/12/2007 | $25.1600 | $2,516.0000 | $8.0000 | $799.5600 | -$1,716.4400 | Short |
| 3,248.0000 | HEELYS INC | HLYS | 8/7/2007 | 10/12/2007 | $21.4926 | $69,808.0600 | $8.0000 | $25,969.7900 | -$43,838.2700 | Short |
| 1,752.0000 | HEELYS INC | HLYS | 8/7/2007 | 10/12/2007 | $21.5000 | $37,668.0000 | $8.0000 | $14,008.3500 | -$23,659.6500 | Short |
| 5,000.0000 | PUT DHI JAN 25 | DHI.ME | 6/14/2007 | 7/26/2007 | $4.4051 | $22,025.5000 | $8.5000 | $42,473.8400 | $20,448.3400 | Short |
| 5,000.0000 | CALL UYD SEP 15 | UYD IC | 8/2/2007 | 9/22/2007 | $6.6051 | $33,025.5000 | $0.0000 | $0.0000 | -$33,025.5000 | Short |
| 1,000.0000 | CALL UYD NOV 7 1/2 | UYD KU | 10/17/2007 | 11/17/2007 | $2.8755 | $2,875.5000 | $0.0000 | $0.0000 | -$2,875.5000 | Short |
| 4,000.0000 | CALL UYD NOV 7 1/2 | UYD KU | 10/18/2007 | 11/17/2007 | $3.0064 | $12,025.5000 | $0.0000 | $0.0000 | -$12,025.5000 | Short |
| | | | | | | $248,770.72 | | $139,260.79 | ($109,509.93) | |

This communication is intended only for the use of the recipient identified above. Sterne Agee accepts no responsibility for the use of this or any other use. This report is a service from your Financial Advisor, not a substitute for your account statements and confirmations. This report is prepared as of trade date rather than settlement data and may be prepared on a different date than your statement. This report uses information for sources we believe to be reliable, but we cannot guarantee the accuracy of this information or the reliability of these sources. If you find discrepancies in this report, please contact your Financial Advisor. Prices for independently valued direct investments cannot be displayed on this report and are not included in the portfolio. Security regulations restrict being able to accept security transactions over e-mail.




Commerce One

Jul 23 09 03:12p

P.1

# sterne agee

**THOMAS JENNINGS**
Thursday, July 23, 2009 9:18 AM

## Accounts / Gains & Losses

Accounts / Gains & Losses
Page 1

**Name & Address**

**Details**

| | |
|---|---|
| Account Number | |
| Rep Code | BV03 |
| Home Phone | |
| Cell Phone | |
| Email | |

**Balances**

| | |
|---|---|
| Total Account Value | $116,996.48 |
| Cash Balance | $0.00 |
| MMF Balance | $0.00 |
| Margin Buying Power | ($95,503.52) |
| Funds Available | $0.00 |
| | $0.00 |

| Quantity | Name | Symbol | Open Date | Close Date | Unit Cost | Cost Amount | Close Price | Close Amount | Realized | Term |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,000.0000 | CHRISTOPHER & BANKS CORP | CBK | 1/31/2007 | 3/23/2007 | $17.7350 | $17,735.0000 | $18.4600 | $18,434.7100 | $699.7100 | Short |
| 600.0000 | CHRISTOPHER & BANKS CORP | CBK | 1/31/2007 | 5/22/2007 | $17.7350 | $10,641.0000 | $17.5106 | $10,490.8900 | -$150.1100 | Short |
| 400.0000 | CHRISTOPHER & BANKS CORP | CBK | 1/31/2007 | 5/22/2007 | $17.7300 | $7,092.0000 | $17.5106 | $6,993.9400 | -$98.0600 | Short |
| 2,000.0000 | CHRISTOPHER & BANKS CORP | CBK | 6/15/2007 | 8/1/2007 | $15.0128 | $30,025.5000 | $14.8302 | $29,634.5300 | -$390.9700 | Short |
| 2,500.0000 | CYPRESS SEMICONDUCTOR | CY | 7/20/2007 | 7/27/2007 | $17.5102 | $43,775.5000 | $24.8300 | $62,048.5500 | $18,273.0500 | Short |
| 1,000.0000 | HANSEN NATURAL CORP | HANS | 11/8/2006 | 2/7/2007 | $28.1150 | $28,115.0000 | $38.1700 | $38,156.4100 | $10,041.4100 | Short |
| 200.0000 | HANSEN NATURAL CORP | HANS | 11/9/2006 | 2/7/2007 | $27.2240 | $5,444.8000 | $38.1700 | $7,631.2800 | $2,186.4800 | Short |
| 100.0000 | HANSEN NATURAL CORP | HANS | 11/9/2006 | 2/7/2007 | $27.1800 | $2,718.0000 | $38.1700 | $3,815.6400 | $1,097.6400 | Short |
| 100.0000 | HANSEN NATURAL CORP | HANS | 11/9/2006 | 2/7/2007 | $27.1900 | $2,719.0000 | $38.1700 | $3,815.6400 | $1,096.6400 | Short |
| 300.0000 | HANSEN NATURAL CORP | HANS | 11/9/2006 | 2/7/2007 | $27.2000 | $8,160.0000 | $38.1700 | $11,446.9200 | $3,286.9200 | Short |
| 200.0000 | HANSEN NATURAL CORP | HANS | 11/9/2006 | 2/7/2007 | $27.2100 | $5,442.0000 | $38.1700 | $7,631.2800 | $2,189.2800 | Short |
| 100.0000 | HANSEN NATURAL CORP | HANS | 11/9/2006 | 2/7/2007 | $27.2200 | $2,722.0000 | $38.1700 | $3,815.6600 | $1,093.6600 | Short |
| 1,556.0000 | HEELYS INC | HLYS | 3/13/2007 | 5/25/2007 | $29.8161 | $46,393.8900 | $31.4783 | $48,966.3000 | $2,572.5000 | Short |
| 50.0000 | HEELYS INC | HLYS | 3/13/2007 | 5/25/2007 | $29.9500 | $1,497.5000 | $31.4783 | $1,573.4600 | $75.9600 | Short |
| 200.0000 | HEELYS INC | HLYS | 3/13/2007 | 5/25/2007 | $29.9700 | $5,994.0000 | $31.4783 | $6,293.8700 | $299.8700 | Short |
| 194.0000 | HEELYS INC | HLYS | 3/13/2007 | 5/25/2007 | $30.0000 | $5,820.0000 | $31.4783 | $6,105.0500 | $285.0500 | Short |
| 1,000.0000 | HEELYS INC | HLYS | 5/18/2007 | 5/25/2007 | $30.5101 | $30,510.1000 | $31.4783 | $31,469.3700 | $959.2700 | Short |
| 100.0000 | HEELYS INC | HLYS | 5/18/2007 | 5/25/2007 | $30.5101 | $3,051.0100 | $31.3408 | $3,134.0300 | $83.0200 | Short |
| 600.0000 | HEELYS INC | HLYS | 5/18/2007 | 6/20/2007 | $30.5101 | $18,306.0600 | $30.6796 | $18,382.0200 | $75.9600 | Short |
| 500.0000 | HEELYS INC | HLYS | 5/18/2007 | 7/18/2007 | $30.5101 | $15,255.0500 | $26.7418 | $13,345.1900 | -$1,909.8600 | Short |
| 500.0000 | HEELYS INC | HLYS | 5/18/2007 | 8/10/2007 | $30.5101 | $15,255.0500 | $9.9600 | $4,954.4200 | -$10,300.6300 | Short |

This communication is intended only for the use of the recipient identified above. Sterne Agee accepts no responsibility for any other use. This report is a service from your Financial Adviser, not a substitute for your account statements and confirmations. This report is prepared as of trade date rather than settlement data and may be prepared on a different date than your statement. This report uses information from sources we believe to be reliable, but we cannot guarantee the accuracy of this information or the reliability of these sources. If you find discrepancies in this report, please contact your Financial Adviser. Prices for independently valued direct investments cannot be displayed on this report and are not included in the portfolio. Security regulations restrict being able to accept security transactions over e-mail.




sterne agee

THOMAS JENNINGS
Thursday, July 23, 2009 9:18 AM

JENNINGS THOMAS J

Accounts / Gains & Losses
Page 2

| Quantity | Name | Symbol | Open Date | Close Date | Unit Cost | Cost Amount | Close Price | Close Amount | Realized | Term |
|---|---|---|---|---|---|---|---|---|---|---|
| 2,300.0000 | HEELYS INC | HLYS | 5/18/2007 | 11/26/2007 | $30.5101 | $70,173.2300 | $5.9702 | $13,731.3200 | -$56,441.9100 | Short |
| 2,000.0000 | HEELYS INC | HLYS | 8/3/2007 | 11/26/2007 | $21.1038 | $42,207.6100 | $5.9702 | $11,940.2800 | -$30,267.3300 | Short |
| 200.0000 | HEELYS INC | HLYS | 8/3/2007 | 11/26/2007 | $21.1200 | $4,224.0000 | $5.9702 | $1,194.0200 | -$3,029.9800 | Short |
| 500.0000 | HEELYS INC | HLYS | 8/21/2007 | 11/26/2007 | $9.4810 | $4,740.5000 | $5.9702 | $2,985.0900 | -$1,755.4100 | Short |
| 5,000.0000 | HEELYS INC | HLYS | 10/19/2007 | 11/26/2007 | $8.6602 | $43,301.0000 | $6.0337 | $30,142.7700 | -$13,158.2300 | Short |
| 2,000.0000 | NU SKIN ENTERPRISES INC | NUS | 3/16/2007 | 3/26/2007 | $17.7900 | $35,580.0000 | $16.6155 | $33,205.4900 | -$2,374.5100 | Short |
| 3,000.0000 | NU SKIN ENTERPRISES INC | NUS | 3/16/2007 | 4/4/2007 | $17.7900 | $53,370.0000 | $16.3453 | $49,010.2400 | -$4,359.7600 | Short |
| 3,000.0000 | NU SKIN ENTERPRISES INC | NUS | 6/15/2007 | 6/18/2007 | $17.0318 | $51,095.3300 | $17.2911 | $51,847.0400 | $751.7100 | Short |
| 3,000.0000 | NU SKIN ENTERPRISES INC | NUS | 6/15/2007 | 6/21/2007 | $15.0085 | $45,025.5000 | $0.0000 | $0.0000 | $0.0000 | Short |
| 100.0000 | TIMBERLAND CO CL A | TBL | 2/26/2007 | 3/23/2007 | $28.1247 | $2,812.4700 | $27.0108 | $2,676.0300 | -$136.4400 | Short |
| 650.0000 | TIMBERLAND CO CL A | TBL | 2/26/2007 | 6/13/2007 | $28.1246 | $18,281.0000 | $26.5006 | $17,199.6200 | -$1,081.3800 | Short |
| 50.0000 | TIMBERLAND CO CL A | TBL | 2/26/2007 | 7/20/2007 | $28.1246 | $1,406.2300 | $25.0800 | $1,228.4800 | -$177.7500 | Short |
| 900.0000 | TIMBERLAND CO CL A | TBL | 2/26/2007 | 8/8/2007 | $28.1246 | $25,312.1400 | $22.7203 | $20,428.8900 | -$4,883.2500 | Short |
| 300.0000 | TIMBERLAND CO CL A | TBL | 2/26/2007 | 8/8/2007 | $28.1100 | $8,433.0000 | $22.7203 | $6,809.6400 | -$1,623.3600 | Short |
| 2,100.0000 | TUESDAY MORNING CORP NEW | TUES | 2/27/2007 | 3/23/2007 | $15.8913 | $33,371.7200 | $15.1400 | $31,776.0000 | -$1,595.7200 | Short |
| 900.0000 | TUESDAY MORNING CORP NEW | TUES | 2/27/2007 | 3/23/2007 | $15.8900 | $14,301.0000 | $15.1400 | $13,618.3000 | -$682.7000 | Short |
| 3,000.0000 | TUESDAY MORNING CORP NEW | TUES | 5/18/2007 | 6/4/2007 | $12.5085 | $37,525.5000 | $13.6500 | $40,923.8700 | $3,398.3700 | Short |
| 1,000.0000 | PUT CGV NOV 65 | CGV WM | 11/14/2007 | 11/16/2007 | $2.3255 | $2,325.5000 | $9.5000 | $9,474.3500 | $7,148.8500 | Short |
| 1,000.0000 | PUT JCQ DEC 35 | JCQ XG | 11/16/2007 | 12/22/2007 | $4.5255 | $4,525.5000 | $0.0000 | $0.0000 | -$4,525.5000 | Short |
| 2,500.0000 | CALL CY JUL 17 1/2 | CY GW | 6/6/2007 | 7/20/2007 | $4.2051 | $10,512.7500 | $7.6000 | $18,974.2000 | $8,461.4500 | Short |
| 2,500.0000 | CALL CY JUL 17 1/2 | CY GW | 6/6/2007 | 7/21/2007 | $4.2051 | $10,512.7500 | $0.0000 | $0.0000 | -$10,512.7500 | Short |
| 2,000.0000 | CALL CBK JUN 15 | CBK FC | 3/23/2007 | 6/15/2007 | $3.8125 | $7,625.0000 | $0.0000 | $7,625.0000 | $0.0000 | Short |
| 1,000.0000 | PUT DJ SEP 60 | DJ UL | 5/12/2007 | 6/7/2007 | $7.7250 | $7,725.0000 | $3.3000 | $3,274.4400 | -$4,450.5600 | Short |
| 2,000.0000 | PUT DHI JUL 30 | DHI SF | 5/29/2007 | 6/7/2007 | $6.6128 | $13,225.5000 | $8.3000 | $16,574.2400 | $3,348.7400 | Short |
| 1,000.0000 | PUT QGD NOV 40 | QGD WH | 11/14/2007 | 11/16/2007 | $2.5255 | $2,525.5000 | $0.0000 | $2,525.5000 | $0.0000 | Short |
| 5,000.0000 | CALL UYD OCT 7 1/2 | UYD JU | 9/11/2007 | 10/19/2007 | $1.1551 | $5,775.5000 | $0.0000 | $5,775.5000 | $0.0000 | Short |
| 5,000.0000 | CALL UYD MAY 20 | UYD ED | 3/21/2007 | 5/18/2007 | $10.5050 | $52,525.0000 | $0.0000 | $52,525.0000 | $0.0000 | |
| 2,000.0000 | CALL UYD AUG 20 | UYD HD | 4/3/2007 | 8/18/2007 | $9.4125 | $18,825.0000 | $0.0000 | $0.0000 | -$18,825.0000 | Short |
| 1,000.0000 | CALL UYD AUG 20 | UYD HD | 7/17/2007 | 8/18/2007 | $6.7255 | $6,725.5000 | $0.0000 | $0.0000 | -$6,725.5000 | Short |
| 3,000.0000 | CALL UYD AUG 20 | UYD HD | 7/19/2007 | 8/18/2007 | $6.7085 | $20,125.5000 | $0.0000 | $0.0000 | -$20,125.5000 | Short |

This communication is intended only for the use of the recipient identified above. Sterne Agee accepts no responsibility for any other use. This report is a service from your Financial Advisor, not a substitute for your account statements and confirmations. This report is prepared as of trade date rather than settlement data and may be prepared on a different date than your statement. This report uses information for sources we believe to be reliable, but we cannot guarantee the accuracy of this information or the reliability of these sources. If you find discrepancies in this report, please contact your Financial Advisor. Prices for independently valued direct investments cannot be displayed on this report and are not included in the portfolio. Security regulations restrict being able to accept security transactions over e-mail.

# sterne agee

JENNINGS  THOMAS J



| Quantity | Name | Symbol | Open Date | Close Date | Unit Cost | Cost Amount | Close Price | Gross Amount | Realized | Term |
|---|---|---|---|---|---|---|---|---|---|---|
| 4,000.0000 | CALL UYD AUG 22 1/2 | UYD HX | 6/7/2007 | 8/18/2007 | $8.8064 | $35,225.5000 | $0.0000 | $0.0000 | -$35,225.5000 | Short |
| 5,000.0000 | CALL UYD NOV 7 1/2 | UYD KU | 10/18/2007 | 11/17/2007 | $2.8551 | $14,275.5000 | $0.0000 | $0.0000 | -$14,275.5000 | Short |
| 5,000.0000 | CALL UYD NOV 7 1/2 | UYD KU | 10/23/2007 | 11/17/2007 | $1.7051 | $8,525.5000 | $0.0000 | $0.0000 | -$8,525.5000 | Short |
| 1,000.0000 | PUT MBI SEP 65 | MBI UM | 7/30/2007 | 8/10/2007 | $6.8255 | $6,825.5000 | $9.2000 | $9,174.3500 | $2,348.8500 | Short |
| 900.0000 | PUT MTG AUG 40 | MTG TH | 7/31/2007 | 8/10/2007 | $1.8783 | $1,690.5000 | $4.1000 | $3,666.9800 | $1,976.4800 | Short |
| 100.0000 | PUT MTG AUG 40 | MTG TH | 7/31/2007 | 8/10/2007 | $1.9000 | $190.0000 | $4.1000 | $407.4500 | $217.4500 | Short |
| 1,000.0000 | PUT MTG AUG 40 | MTG TH | 7/31/2007 | 8/10/2007 | $1.9000 | $1,900.0000 | $3.8000 | $3,799.9400 | $1,899.9400 | Short |
| 3,000.0000 | CALL MOT OCT 15 | MOT JC | 6/5/2007 | 7/23/2007 | $3.7051 | $11,115.3000 | $3.1000 | $9,274.3500 | -$1,840.9500 | Short |
| 2,000.0000 | CALL MOT OCT 15 | MOT JC | 6/5/2007 | 7/23/2007 | $3.7051 | $7,410.2000 | $3.0000 | $5,999.9000 | -$1,410.3000 | Short |
| 3,000.0000 | CALL NUS JUN 15 | NUS FC | 4/3/2007 | 6/15/2007 | $1.7583 | $5,275.0000 | $0.0000 | $5,275.0000 | $0.0000 | |
| 2,000.0000 | CALL NUS MAR 15 | NUS CC | 2/7/2007 | 3/16/2007 | $2.7625 | $5,525.0000 | $0.0000 | $5,525.0000 | $0.0000 | |
| 3,000.0000 | CALL NUS MAR 15 | NUS CC | 2/7/2007 | 3/16/2007 | $2.8000 | $8,400.0000 | $0.0000 | $8,400.0000 | $0.0000 | |
| 7,000.0000 | CALL NUS MAR 17 1/2 | NUS CW | 2/6/2007 | 3/17/2007 | $1.6036 | $11,225.0000 | $0.0000 | $0.0000 | -$11,225.0000 | Short |
| 3,000.0000 | CALL NUS MAR 17 1/2 | NUS CW | 2/6/2007 | 3/17/2007 | $1.6500 | $4,950.0000 | $0.0000 | $0.0000 | -$4,950.0000 | Short |
| 1,000.0000 | PUT RFY APR 145 | RFY PI | 4/11/2007 | 4/16/2007 | $4.5250 | $4,525.0000 | $12.2000 | $12,174.8100 | $7,649.8100 | Short |
| 1,000.0000 | PUT RUP JAN 130 | RUP MF | 12/21/2006 | 1/17/2007 | $7.5250 | $7,525.0000 | $5.3000 | $5,274.8300 | -$2,250.1700 | Short |
| 2,000.0000 | PUT RUP MAR 130 | RUP OF | 1/9/2007 | 1/17/2007 | $5.7125 | $11,425.0000 | $9.9000 | $19,774.3900 | $8,349.3900 | Short |
| 4,000.0000 | PUT SWF SEP 52 1/2 | SWF UX | 8/1/2007 | 8/16/2007 | $3.2064 | $12,825.5000 | $3.8000 | $15,174.2600 | $2,348.7600 | Short |
| 1,000.0000 | PUT STP NOV 65 | STP WM | 11/14/2007 | 11/17/2007 | $5.3255 | $5,325.5000 | $0.0000 | $0.0000 | -$5,325.5000 | Short |
| 2,000.0000 | CALL TBL AUG 22 1/2 | TBL HX | 6/12/2007 | 8/18/2007 | $4.2127 | $8,425.5000 | $0.0000 | $0.0000 | -$8,425.5000 | Short |
| 5,000.0000 | CALL TEQ SEP 10 | TEQ IB | 7/23/2007 | 9/22/2007 | $2.7051 | $13,525.5000 | $0.0000 | $0.0000 | -$13,525.5000 | Short |
| 1,000.0000 | PUT TDG DEC 50 | TDG XJ | 11/16/2007 | 12/13/2007 | $4.4255 | $4,425.5000 | $3.3000 | $3,274.4400 | -$1,151.0600 | Short |
| 3,000.0000 | CALL UUG MAY 12 1/2 | UUG EV | 3/23/2007 | 5/18/2007 | $2.8583 | $8,575.0000 | $0.0000 | $8,575.0000 | $0.0000 | |
| | | | | | | $1,159,897.10 | | $899,375.17! | ($215,496.43) | |

This communication is intended only for the use of the recipient identified above. Sterne Agee accepts no responsibility for any other use. This report is a service from your Financial Advisor, not a substitute for your account statements and confirmations. This report is prepared as of trade date rather than settlement date and may be prepared on a different date than your statement. This report uses information from sources we believe to be reliable, but we cannot guarantee the accuracy of this information or the reliability of these sources. If you find discrepancies in this report, please contact your Financial Advisor. Prices for independently valued direct investments cannot be displayed on this report and are not included in the portfolio. Security regulations restrict being able to accept security transactions over e-mail.





CERTIFIED MAIL

U.S. POSTAGE
$7.75
PRIORITY
10/16/09
02  15P00
08242549
PM0003101040405

PRIORITY MAIL
UNITED STATES POSTAL SERVICE

Apply Priority

R. CASTILLA

HEELYS SECURITIES LITIGATION
EXCLUSIONS
c/o GILARDI + Co., LLC
CLAIMS ADMINISTRATOR
P.O. BOX 8040
SAN RAFAEL, CA 94912-8040

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 10, 2009, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed on November 10, 2009.

<div style="margin-left:40%;">

s/ Ellen Gusikoff Stewart

ELLEN GUSIKOFF STEWART

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:elleng@csgrr.com

</div>

# Mailing Information for a Case 3:07-cv-01468-K

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rodney Acker**
  racker@fulbright.com

- **Stuart L Berman**
  sberman@btkmc.com

- **Mary K Blasy**
  mblasy@scott-scott.com,efile@scott-scott.com

- **Elizabeth C Brandon**
  egreen@velaw.com,korourke@velaw.com

- **Roger F Claxton**
  roger@claxtonlaw.com

- **Mark S Danek**
  mdanek@btkmc.com,dpotts@btkmc.com

- **Lionel Z Glancy**
  lglancy@glancylaw.com,info@glancylaw.com

- **Roger B Greenberg**
  rgreenberg@schwartz-junell.com,sdoring@schwartz-junell.com

- **Kenneth P Held**
  kheld@velaw.com,kmcspadden@velaw.com

- **Dennis J Herman**
  dennish@csgrr.com,jdecena@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Robert J Hill**
  rhill@hillandhill-law.com

- **Karen L Hirschman**
  khirschman@velaw.com,sbishop@velaw.com

- **Shirley H Huang**
  shirleyh@csgrr.com,jdecena@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Daniel Jude Kelly**
  dkelly@velaw.com,vgreen@velaw.com

- **Joe Kendall**
  administrator@kendalllawgroup.com,jkendall@kendalllawgroup.com

- **Hamilton Lindley**
  hlindley@kendalllawgroup.com,administrator@kendalllawgroup.com

- **Gerard G Pecht**
  gpecht@fulbright.com,amorgan@fulbright.com,pstokes@fulbright.com

- **Karen E Reilly**
  kreilly@btkmc.com

- **Bing Z Ryan**
  bryan@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Ellen B Sessions**
  esessions@fulbright.com

- **Evan J Smith**
  esmith@brodsky-smith.com,mackerman@brodsky-smith.com

- **Michelle S Spak**
  mspak@velaw.com,sadavis@velaw.com

- **Ellen Gusikoff Stewart**
  elleng@csgrr.com,jstark@csgrr.com

- **Allen W Yee**
  ayee@velaw.com,smorton@mortonpllc.com,nwest@velaw.com

- **Andrew L Zivitz**
  azivitz@btkmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Nicholas H Politan
Nicholas H Politan LLC
5 Becker Farm Rd
Roseland, NJ 07068
```